UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JONES ,

        Petitioner,        Case No. 1:11cv514

v.        Hon. Robert J. Jonker

UNKNOWN JENSEN, et al.,

        Respondent.
_____/

**ORDER**
**ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 30, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 30, 2012, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the motion for summary judgment filed by defendants Paul Jensen and Jeffrey Jameson (docket #11) is **GRANTED.** This action is **DISMISSED.**


Dated:   September 26, 2012        /s/ Robert J. Jonker
                                                          ROBERT J. JONKER
                                                          UNITED STATES DISTRICT JUDGE